IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-627-RJC-DCK

| | |
|---|---|
| KESHA S. MANN, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| AMERICAN HONDA FINANCE CORPORATION, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Sarah J. Kromer, filed a "Certification Of ADR Session" (Document No. 11) notifying the Court that the parties reached a settlement on June 23, 2015. The Court commends the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **July 15, 2015**.

Signed: July 6, 2015

David C. Keesler
United States Magistrate Judge